E-FILED
Thursday, 19 January, 2006  02:50:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) COURT NO.   01-30014-002 |
| v. | ) |
| | ) |
| RACHEL SULLIVAN, | ) |
| | ) |
| Defendant. | ) |

**SATISFACTION OF MONETARY JUDGMENT**

The Monetary Judgment in the above-entitled case has been paid in full, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: January 19, 2006

By:   s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has this January 19, 2006, been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

> RACHEL SULLIVAN-PURDON
> #2 Todd Lane
> Springfield, IL 62702

By: s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-Mail: Beth.Collins@usdoj.gov