3:01-cr-30014-RM    # 80    Page 1 of 1

PROB 34
1/92

E-FILED
Thursday, 26 October, 2006 01:13:11 PM
Clerk, U.S. District Court, ILCD

Report and Order Terminating Probation/Supervised Release

# United States District Court

For The

**CENTRAL DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA

      v.                            Crim. No.   3:01-30014-002

Rachel Sullivan

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on October 18, 2006. I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

                                  Respectfully submitted,

                                  s/Paul D. Kotcher

                                  U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 26th day of October , 2006.

                                  s/ Jeanne E. Scott

                                  JEANNE E. SCOTT
                                  UNITED STATES DISTRICT JUDGE